UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X Civ. No.23-cv-06958-JLR
DANIEL KASSEL,

Plaintiff,

-against-

ROBERT MOYNIHAN, JR., KATIE GLORE,
JOSHUA PHELPS, CARTUNA, L.L.P.,
and COMEDY CENTRAL, a subsidiary of
VIACOM, INC.,

Defendants
--------------------------------------------------------X

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE AS TO DEFENDANTS GLORE AND PHELPS PURSUANT TO FED. R. CIV. P. 41(A)(1)**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against defendants Joshua Phelps and Katie Glore without prejudice.

Plaintiff is dismissing this action against Defendants Phelps and Glore because it has been unable to effectuate service of process at this time.

Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

Dated: New York, New York
November 28, 2023

FURGANG & ADWAR, L.L.P.
Attorneys for Plaintiff

By: /Armando Llorens/
Armando Llorens (AL 1757)
515 Madison Avenue
Suite 6W
New York, New York 10022
(212) 725 - 1818
armando@furgang.com