# EXHIBIT A



LIBRARY OF CONGRESS
Copyright Office
of the United States
WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached flash drive is a true copy of the work entitled **HAPPILY EVERGLADES AFTER** deposited in the Copyright Office with claim of copyright registered under number **PA 2-297-074**.

**THIS IS TO CERTIFY FURTHER**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on December 4, 2023.

Shira Perlmutter
United States Register of Copyrights and Director

By: Jarletta Walls
Head
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

PA 2-297-074

# MANUAL LODGING:

**Flash drive containing a true and correct copy of animated audiovisual work *Happily Everglades After* separately lodged.**