# EXHIBIT B



## MANUAL LODGING:

**Flash drive containing true and correct copies of eight episodes of *Loafy* separately lodged.**