# Katten

2121 Avenue of the Stars
Suite 1100
Los Angeles, CA 90067-5010
+1.310.788.4400 tel
katten.com

AMELIA E. BRUCKNER
amelia.bruckner@katten.com
+1.310.788.4475 direct
+1.310.788.4471 fax

**The request is GRANTED. The parties shall abide by the briefing deadlines set forth below.**

Dated: August 28, 2024
New York, New York

SO ORDERED.

*/s/ Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

August 27, 2024

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
Courtroom 20B
New York, NY 10007

Re: Request for Extension of Briefing Deadlines in *Kassel v. Comedy Central, et al.* No. 23-CV-06958 (JLR)

Dear Judge Rochon:

We represent Defendants Robert Moynihan, Jr., Cartuna LLC (incorrectly sued as "Cartuna, L.L.P." ("Cartuna")) and Comedy Partners, incorrectly sued as "Comedy Central, a subsidiary of Viacom, Inc." ("Comedy Central")) (collectively, "Defendants") in the above-referenced action. By this letter-motion and in accordance with paragraph 1.F. of this Court's Individual Rules of Practice in Civil Cases, Defendants and Plaintiff Daniel Kassel ("Plaintiff") jointly request:

(1) that Defendants' deadline to submit a Motion for Attorneys' Fees ("Fee Motion") be extended two weeks from its current due date of August 27, 2024 to **September 10, 2024**;

(2) that Plaintiff's deadline to submit an opposition to the Fee Motion be extended two weeks from its current due date of September 10, 2024 to **September 24, 2024**; and

(3) that Defendants' deadline to submit a reply in support of the Fee Motion be extended two weeks from its current due date of September 17, 2024 to **October 1, 2024**.

Plaintiff and Defendant have formalized a settlement agreement; this extension is to provide additional time to allow both parties to execute such agreement. Both Plaintiff and Defendants consent to these scheduling changes.

Respectfully submitted,

*/s/ Amelia Bruckner*

Amelia E. Bruckner

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY   CHARLOTTE   CHICAGO   DALLAS   LOS ANGELES
NEW YORK   ORANGE COUNTY   SHANGHAI   WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP

301515335

# Katten

August 27, 2024
Page 2


AEB:aeb

CC: Armando Llorens, Adwar Ivko (formerly Furgang & Adwar LLP), counsel for Plaintiff

301515335